529 F.2d 998
 MISSOURI-ILLINOIS BARGE LINE COMPANY, Appellant,
v.
HELENA MARINE SERVICE, INC., and MOTOR VESSEL ROSALEE
GRIMES, etc., Appellees.
 No. 75--1290.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Jan. 12, 1976.
Decided Jan. 14, 1976.
 
 Appeal from the United States District Court for the Eastern District of Arkansas; Oren Harris, Judge.
 John C. Shepherd, St. Louis, Mo., for appellant.
 Robert M. Contois, New Orleans, La., for appellees.
 Before HEANEY, ROSS and WEBSTER, Circuit Judges.
 
 ORDER OF AFFIRMANCE
 
 1
 After a careful consideration of the record and briefs and arguments of the parties, the Court affirms the judgment of the District Court on the basis of its unpublished opinion. Missouri-Illinois Barge Line Company v. Helena Marine Service, Inc., et al., 406 F.Supp. 1261 (E.D.Ark.1975).